27 A.3d 984

**Allen GINN, Petitioner**

v.

**Mike WENEROWICZ, Respondent.**

**No. 18 EM 2011.**

Supreme Court of Pennsylvania.

Aug. 10, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of August, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

27 A.3d 985

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Willie WALKER, Petitioner.**

**No. 17 EM 2011.**

Supreme Court of Pennsylvania.

Aug. 10, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of August, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**